| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Laney III, John T. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Court - Chief Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Post Office Box 1540<br>Columbus, Georgia 31902-1540 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CBLI | May 7-8, 2015 | Savannah, GA | Seminar | Meals and Lodging |
| 2. | NCBJ | September 27-30, 2015 | Miami, FL | Seminar | Lodging |
| 3. | ICLE | November 4-6, 2015 | Greensboro, GA | Seminar | Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Colgate Palmolive Co. Common Stock | D | Dividend | N | T | | | | | |
| 3. Genuine Parts Co. Common Stock | D | Dividend | N | T | | | | | |
| 4. General Mills, Inc. Common Stock | E | Dividend | P1 | T | | | | | |
| 5. | | | | | | | | | |
| 6. The Coca-Cola Company Common Stock | E | Dividend | O | T | | | | | |
| 7. Babson Capital Corporate Investors, Inc. Stock | A | Dividend | J | T | | | | | dividend reinvested |
| 8. Exxon-Mobil Corp. Common Stock | E | Dividend | N | T | | | | | |
| 9. Viacom Class B Common Stock | A | Dividend | K | T | | | | | |
| 10. Kimberly Clark Corp. Common Stock | C | Dividend | M | T | | | | | |
| 11. Columbus Bank and Trust Company Bank Accounts | A | Interest | M | T | | | | | a division of Synovus Bank |
| 12. Columbus Bank and Trust Company Bank Accounts and CD | A | Interest | M | T | | | | | a division of Synovus Bank |
| 13. AFLAC, Inc. Common Stock | E | Dividend | O | T | | | | | |
| 14. AFLAC, Inc. Common Stock | D | Dividend | N | T | | | | | |
| 15. AVN, Inc. Common Stock | A | Dividend | J | W | | | | | |
| 16. American Express Company Common Stock | D | Dividend | N | T | | | | | |
| 17. -IRA | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Columbus Bank and Trust Company CD's | A | Interest | J | T | | | | | |
| 19. - Columbus Bank and Trust Company CD's | A | Interest | K | T | | | | | |
| 20. - International Paper Co. Common Stock | A | Dividend | K | T | | | | | |
| 21. - STRIPS - TINTS - U.S. Treasury | | None | | | Redeemed | 11/16/15 | K | E | |
| 22. - Western Asset Core Plus Bond Fund Class A | A | Dividend | J | T | | | | | div. rein. |
| 23. - 1919 Socially Responsible Fund | A | Dividend | J | T | | | | | div. rein. |
| 24. -END IRA- | | | | | | | | | |
| 25. Genuine Parts Co. Common Stock | C | Dividend | M | T | | | | | |
| 26. Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. - MORE IRA - | | | | | | | | | |
| 30. - Media General, Inc. Class A Stock | | None | J | T | | | | | |
| 31. - Conocophillips Common Stock | B | Dividend | K | T | | | | | |
| 32. - END IRA - | | | | | | | | | |
| 33. Devon Energy Corp. Stock | A | Dividend | J | T | | | | | |
| 34. Coca-Cola Company Common Stock | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - MORE IRA- | | | | | | | | | |
| 36.   - Verizon Communications Common Stock | A | Dividend | K | T | | | | | |
| 37.  -Office Depot, Inc. Common Stock | | None | J | T | | | | | |
| 38.  -END IRA- | | | | | | | | | |
| 39. | | | | | | | | | |
| 40.  Home Depot, Inc. Common Stock | C | Dividend | M | T | | | | | |
| 41.  - MORE IRA - | | | | | | | | | |
| 42.  - Sprint Corp. Common Stock | | None | J | T | | | | | |
| 43.  -END IRA- | | | | | | | | | |
| 44.  Exxon-Mobil Corp. Common Stock | C | Dividend | L | T | | | | | |
| 45.  Cousins Properties, Inc. Georgia Common Stock | A | Dividend | J | T | | | | | |
| 46.  The Walt Disney Co. Common Stock | B | Dividend | L | T | | | | | |
| 47. | | | | | | | | | |
| 48.  Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 49.  -MORE IRA - | | | | | | | | | |
| 50.  - McDonalds Corp. Common Stock | B | Dividend | K | T | | | | | |
| 51.  -END IRA- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Darden Restaurants, Inc. Common Stock | E | Dividend | O | T | | | | | |
| 53. McDonald's Corp. Common Stock | B | Dividend | L | T | | | | | |
| 54. McDonald's Corp.Common Stock | B | Dividend | K | T | | | | | |
| 55. -MORE IRA- | | | | | | | | | |
| 56. - Procter & Gamble Co. Common Stock | B | Dividend | K | T | | | | | |
| 57. -Chevron Corp. Common Stock | C | Dividend | L | T | | | | | |
| 58. - Publicis Groupe ADR | A | Dividend | J | T | | | | | |
| 59. -END IRA- | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. Pfizer, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 63. Chevron Corp Common Stock | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. Sun Life Finanacial Services of Canada Stock | A | Dividend | J | T | | | | | |
| 66. -MORE IRA- | | | | | | | | | |
| 67. - Acuity Brands, Inc. Stock | A | Dividend | K | T | | | | | |
| 68. - Mondelez Int'l Inc. Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -END IRA- | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. Johnson & Johnson Stock | A | Dividend | K | T | | | | | |
| 72. Mondelez Int'l Inc. Stock | A | Dividend | J | T | | | | | |
| 73. Monsanto Co. Stock | A | Dividend | K | T | | | | | |
| 74. -MORE IRA- | | | | | | | | | |
| 75. - Time Warner, Inc. Stock | A | Dividend | J | T | | | | | |
| 76. - Travelers Cos Inc. Stock | A | Dividend | J | T | | | | | |
| 77. - JM Smucker Co. Stock | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. - MFS Intermediate Income Trust SBI | A | Dividend | J | T | | | | | |
| 80. - Duke Energy Corp. Stock | B | Dividend | K | T | | | | | |
| 81. - Clearbridge Aggressive Growth Fund Class C | A | Dividend | L | T | | | | | dividends reinvested |
| 82. -END IRA- | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. Duke Energy Corp. Stock | C | Dividend | L | T | | | | | |
| 85. Olin Corp. Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. Bristol Myers Squibb Co. Stock | B | Dividend | L | T | | | | | |
| 89. | | | | | | | | | |
| 90. Medtronic, PLC SHS | C | Dividend | J | T | | | | | Slight name change |
| 91. Nuveen GAPrem. Income Muni. Fund SBI | A | Dividend | K | T | | | | | dividends reinvested |
| 92. Raytheon Co. Stock | A | Dividend | K | T | | | | | |
| 93. -Hartford Leaders Outlook Variable Annuity Subaccount: | | | | | | | | | |
| 94. AIM Aggressive Growth Fund | B | Dividend | L | T | | | | | dividends reinvested |
| 95. Ameriprise Financial, Inc. Stock | C | Dividend | M | T | | | | | |
| 96. CBS Corp. Class B Stock | A | Dividend | K | T | | | | | |
| 97. - MORE IRA- | | | | | | | | | |
| 98. - Morgan Stanley Bank, NA Deposit | A | Interest | L | T | | | | | |
| 99. -END IRA- | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. Forsyth Co. GA School Dist. Bond | A | Interest | | | Redeemed | 02/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. Citibank NA Deposit | A | Interest | | | Closed | 01/15/15 | L | A | trans to Morgan Stanley Bk |
| 108. | | | | | | | | | |
| 109. Microsoft Corp. | A | Dividend | K | T | | | J | | |
| 110. -MORE IRA- | | | | | | | | | |
| 111. - CenturyLink, Inc Stock | A | Dividend | J | T | | | | | |
| 112. -VOYA Global Equity Dividend Fund Class C | A | Dividend | J | T | | | | | name change |
| 113. - American Capital Income Builder Fund Class C | A | Dividend | K | T | | | | | |
| 114. - Amgen, Inc. Stock | A | Dividend | K | T | | | | | |
| 115. - Royal BK Scotland Group PLC Preferred Stock | A | Dividend | J | T | | | | | |
| 116. - Zep, Inc. Stock | A | Dividend | | | Sold | 06/29/15 | J | B | |
| 117. -END OF IRA- | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. Athens-Clarke Co. Ga Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. Interest in Estate #1 | | None | K | W | | | | | |
| 127. | | | | | | | | | |
| 128. BP Amoco PLC ADR | A | Dividend | J | T | | | | | |
| 129. EI DuPont De Nemours & Co | A | Dividend | K | T | | | | | |
| 130. Eli Lilly & Co | A | Dividend | K | T | | | | | See line 233 |
| 131. EV Energy Partners LP UTS | A | Dividend | J | T | | | | | |
| 132. Fulton Co GA Dev Auth Bonds | A | Interest | K | T | | | | | |
| 133. GA Higher Education Bonds | B | Interest | K | T | | | | | |
| 134. | | | | | | | | | |
| 135. Gwinnett Co Ga Public School Bonds | B | Interest | K | T | | | | | |
| 136. MetLife, Inc. Floating Rate Pref Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. Verizon Comm Stock | B | Dividend | K | T | | | | | |
| 140. - MORE IRA - | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. Time Warner Cable Inc. Stock | A | Dividend | J | T | | | | | |
| 143. - END IRA - | | | | | | | | | |
| 144. Wells Fargo Bank Sweep | A | Interest | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. Medical Center Hospital Authority Bond | A | Interest | K | T | | | | | |
| 147. | | | | | | | | | |
| 148. Gwinnett Co GA Hosp Bond | A | Interest | K | T | | | | | |
| 149. Fulton Co GA Dev Auth GA Tech Foundation Bond Series A | A | Interest | K | T | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. Richmond Co GA Dev Auth Int'l Paper Co Bond | A | Interest | | | Redeemed | 09/22/15 | J | A | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Richmond Co. GA Dev Auth Environ. Impact Int'l Paper Co Bond | A | Interest | J | T | | | | | |
| 155. - MORE IRA - | | | | | | | | | |
| 156. Apple Inc - Stock | A | Dividend | K | T | | | | | |
| 157. Frontier Communications Corp - Stock | A | Dividend | J | T | | | | | |
| 158. Intel Corp - Stock | A | Dividend | K | T | | | | | |
| 159. Microsoft Corp Stock | A | Dividend | K | T | | | | | |
| 160. FPL Group Captial Trust I | A | Interest | J | T | | | | | |
| 161. -END IRA- | | | | | | | | | |
| 162. GA State Higher Ed Facs Auth Bond | A | Interest | K | T | | | | | |
| 163. Morgan Stanley AA Tax Free Trust | A | Interest | M | T | | | | | |
| 164. Atlanta Ga Airport Bond Series C | B | Interest | K | T | | | | | |
| 165. Douglasville - Douglas Co Ga Wtr & Sew Rev Bond | B | Interest | K | T | | | | | Slight name change |
| 166. | | | | | | | | | |
| 167. Century Tel Inc Notes | A | Interest | | | Sold | 02/17/15 | J | A | |
| 168. Intel Corp Stock | A | Dividend | J | T | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Carrollton GA Payroll Dev Auth Bond | B | Interest | K | T | | | | | |
| 172. Clarke Co. GA Hospital Auth Bond | B | Interest | K | T | | | | | |
| 173. Macon-Bibb Co. GA Hospital Auth Bond | A | Interest | K | T | | | | | |
| 174. Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 175. Clarke Co. GA Hospital Auth Bond | B | Interest | K | T | | | | | |
| 176. Kraft - Heinz Co. | A | Dividend | J | T | Redeemed (part) | 07/06/15 | J | B | Was Kraft Food Group, Inc. |
| 177. - MORE IRA - | | | | | | | | | |
| 178. Kraft - Heinz Co. | A | Dividend | J | T | Redeemed (part) | 07/06/15 | J | B | Was Kraft Food Group, Inc. |
| 179. | | | | | | | | | |
| 180. Plum Creek Timber Co., Inc. Stock | A | Dividend | K | T | | | | | |
| 181. United Parcel Service Inc. Stock | A | Dividend | J | T | | | | | |
| 182. Royal Bank of Scotland Grp PLC Preferred Stock 7.25 Ser.-T | B | Dividend | K | T | | | | | |
| 183. - END IRA- | | | | | | | | | |
| 184. Norfolk Southern Corp. Stock | B | Dividend | L | T | | | | | |
| 185. Neuberger Berman MLP Inc. Fund | A | Dividend | J | T | | | | | |
| 186. Henderson Global Equity, Inc. Fund | A | Dividend | J | T | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - MORE IRA - | | | | | | | | | |
| 189. Neuberger Berman MLP Inc. Fund | B | Dividend | J | T | | | | | |
| 190. Henderson Global EQ Inc C Fund | A | Dividend | J | T | | | | | |
| 191. - END IRA - | | | | | | | | | |
| 192. Breitburn Energy Partners, L.P. | A | Dividend | J | T | | | | | |
| 193. Energy Transfer Partners, L.P. | A | Dividend | J | T | | | | | Merged. Was Regency Energy |
| 194. Fulton Co. GA Dev Auth Rev Bond | A | Interest | K | T | | | | | |
| 195. DeKalb Co GA Wtr & Sew Rev A Bond | B | Interest | K | T | | | | | |
| 196. Albany-Dougherty Co. GA Hosp Auth Bond | A | Interest | J | T | | | | | |
| 197. Franklin Tax Exempt Trust GA Class A | A | Dividend | J | T | | | | | Dividends are reinvested |
| 198. Tift County GA Hospital Authority Bond | A | Interest | J | T | | | | | |
| 199. Chatham County GA Hospital Authority Bond | B | Interest | L | T | | | | | |
| 200. Atlanta GA Water & Waste Water Rev Bond Ser A | B | Interest | K | T | | | | | |
| 201. Henderson Global Eq Inc. C Fund | B | Dividend | K | T | | | | | |
| 202. Carrollton - Carroll Co GA Payroll Auth UWG Athletic Complex | A | Interest | J | T | | | | | Slight name change |
| 203. Carroll Co GA School Dist Bond | B | Interest | K | T | | | | | |
| 204. Cobb Co GA Dev Auth KSU II RE FDN Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 19

Name of Person Reporting

Laney III, John T.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Cobb Co GA Dev Auth Sports & Rec FACS Bond | A | Interest | K | T | | | | | |
| 206. Freeport McMoran CP & GLD Inc Stock | A | Dividend | J | T | | | | | |
| 207. Halyard Inc Stock | A | Dividend | J | T | | | | | |
| 208. Henderson European Focus C Fund | A | Dividend | J | T | | | | | |
| 209. Neuberger Berman MLP Inc Fund | A | Dividend | J | T | | | | | |
| 210. Private Colleges and Univ Auth GA Bond - Series A | B | Interest | L | T | Buy | 10/21/15 | K | | |
| 211. Private Colleges and Univ Auth GA Series C Bond | B | Interest | K | T | | | | | |
| 212. Private Colleges and Univ Auth GA Series B Bond | A | Interest | K | T | | | | | |
| 213. Qwest Corporation Bond | B | Interest | K | T | | | | | |
| 214. | | | | | | | | | |
| 215. - MORE IRA- | | | | | | | | | |
| 216. Time Inc. Stock | A | Dividend | J | T | | | | | |
| 217. Veritiv Corp Stock | | None | J | T | | | | | |
| 218. | | | | | | | | | Dup with line 210 last yr |
| 219. - END IRA - | | | | | | | | | |
| 220. Bulloch Co GA Dev Auth Student Housing GSU Bond | A | Interest | K | T | Buy | 03/04/15 | K | | |
| 221. State Bank of India NYC NY CD | | None | K | T | Buy | 03/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Private Colleges and Univ Auth GA Rev A Bond | | None | L | T | Buy | 10/22/15 | K | | |
| 223. | | None | L | T | Buy (add'l) | 12/04/15 | K | | |
| 224. Vodafone Group PLC | | None | K | T | Buy | 08/31/15 | K | | |
| 225. Procter & Gamble Common Stock | A | Dividend | K | T | Buy | 08/31/15 | K | | |
| 226. Morgan Stanley Bank NA CD | A | Interest | K | T | Buy | 01/01/15 | L | | |
| 227. - MORE IRA - | | | | | | | | | |
| 228. Norfolk Southern Corp. Common Stock | A | Dividend | K | T | Buy | 09/03/15 | K | | |
| 229. - END IRA - | | | | | | | | | |
| 230. Griffin GA Combined Public Util Rev Ref Bond | A | Interest | K | T | Buy | 06/11/15 | K | | |
| 231. Metropolitan Atlanta Rapid Transit Auth GA Bond | | None | K | T | Buy | 11/30/15 | K | | |
| 232. Procter & Gamble Stock | A | Dividend | K | T | Buy | 08/31/15 | K | | |
| 233. Chemours Co. Common Stock | A | Dividend | J | T | Spinoff (from line 130) | 06/30/15 | J | A | Stock Div frm Eli Lilly |
| 234. Atl GA GA Tech Dev Auth Rev A Bond | B | Interest | K | T | Buy | 06/11/14 | K | | Omitted on 2014 Report |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laney III, John T. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Laney III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544